## JOHNSON *v.* STATE

[No. 49, September Term, 1964.]

## ORDER

It is ORDERED by the Court of Appeals of Maryland, this 3rd day of February, 1966, that the opinion and mandate of this Court in the above entitled case, filed on March 15, 1965, be, and it is hereby, withdrawn, and be it further

ORDERED, that the case be, and it is hereby, remanded to the Criminal Court of Baltimore for further proceedings in accordance with the attached Order.

/s/ STEDMAN PRESCOTT
*Chief Judge*